UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTOUR ARISTAKESIAN,<br><br>Petitioner,<br><br>v.<br><br>K. HOLLAND, WARDEN,<br><br>Respondent. | No. 2:16-cv-0786 JAM AC P<br><br><br><br>ORDER |

Petitioner has filed a motion for a certificate of appealability. ECF No. 31. Because the court's October 12, 2017 order previously declined to issue a certificate of appealability (see ECF No. 29), the court construes petitioner's pleading as a motion for reconsideration.

A review of petitioner's motion for reconsideration of this court's October 2017 order which affirmed the magistrate judge's July 12, 2017 order (see ECF No. 25) reveals that petitioner has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon the prior motion. See E.D. Local Rule 230(j). Accordingly, the motion for reconsideration is denied.

DATED: July 18, 2018

                                                  /s/ John A. Mendez

                                                  UNITED STATES DISTRICT COURT JUDGE

1